UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSLYVANIA
---------------------------------------------------------X
Robert Bennett,

                              Civil Action No.:14-cv-02353-RBS

           Plaintiff,

     -against-

                              **NOTICE OF SETTLEMENT**

AllianceOne Incorporated,

           Defendant.
---------------------------------------------------------X

    Plaintiff Robert Bennett, hereby respectfully apprises this Honorable Court that the parties have negotiated a settlement of the above-captioned matter. Plaintiff further states as follows:

1. The parties have reached a settlement accord and are currently in the process of preparing formal documents necessary to memorialize the pertinent terms and conditions of the parties' settlement agreement.

2. Given the imminence of the parties' finalizing terms of the settlement agreement, Plaintiff respectfully requests a stay of all deadlines and further requests that the parties be excused from any appearances and any obligations for court filings.

3. Plaintiff shall file a Notice of Voluntary dismissal within forty five (45) days.

Dated: New York, New York
         June 10th, 2014

                                  Respectfully submitted,

                                By:  *s/ Renee F. Bergmann*
                                        Renee F. Bergmann, Esq.
                                        Bergman & Good, LLC
                                        76 E. Euclid Avenue, Suite 100
                                        Haddonfield, New Jersey 08033

                                        Of Counsel for:
                                        Fredrick Schulman & Associates
                                        30 East 29TH Street
                                        New York, New York 10016