IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT BENNETT | : |
| | : |
| v. | : CIVIL ACTION NO. 14-2353 |
| | : |
| ALLIANCEONE INCORPORATED, and | : |
| ALLIANCEONE RECEIVABLES | : |
| MANAGEMENT, INC. | : |

## **O R D E R**

**AND NOW, TO WIT:** This  30th  day of   July  , 2014, it having been reported that the above captioned action has been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is **ORDERED** that the above captioned action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.

**MICHAEL E. KUNZ**, Clerk of Court

**BY:**   _/s/ Donna Donohue Marley_____
Civil Deputy Clerk to Judge Surrick

Copies FAXED on  07/30/14    to:

Renee F. Bergmann, Esquire
Andrew M. Schwartz, Esquire